## AFFIDAVIT OF SERVICE

| Case:<br>2:25-cv-11699-<br>DPH-CI | Court:<br>United States District Court for the Eastern<br>District of Michigan | County: | Job:<br>13494430 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Victoria Soboleski | | **Defendant / Respondent:**<br>MCM Products USA, Inc | |
| **Received by:**<br>Delaware Detective Group, LLC | | **For:**<br>Paronich Law PC | |
| **To be served upon:**<br>MCM Products USA, Inc | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Lynanne Gares, Corporate: 251 Little Falls Drive, Wilmington, DE 19808

**Manner of Service:**            Registered Agent, Jun 10, 2025, 10:48 am EDT

**Documents:**                    Summons in a Civil Action, Civil Cover Sheet, Class Action Complaint, Jury Trial Demanded

**Additional Comments:**
1) Successful Attempt: Jun 10, 2025, 10:48 am EDT at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;


Stephen Kempski                     6/11/25
                                    **Date**

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678