# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

      Case No. 2:25-cv-11699-DPH-CI

    Plaintiff,        District Judge Denise Page Hood
                    Mag. Judge Curtis Ivy, Jr.

v.

MCM PRODUCTS USA INC.,

    Defendant.

---

## APPEARANCE

Please enter the Appearance of HOWARD AND HOWARD ATTORNEYS PLLC, by JONATHAN F. KARMO, on behalf of Defendant, MCM PRODUCTS USA INC., in the above-captioned cause of action.

Respectfully submitted,

**HOWARD & HOWARD ATTORNEYS PLLC**

Dated: June 30, 2025     By: */s/ Jonathan F. Karmo*
                    Jonathan F. Karmo (P76768)
450 West Fourth Street
Royal Oak, MI 48067
Phone: (248) 645-1483
jfk@h2law.com
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 30th day of June 2025, the foregoing paper was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

<u>/s/Jonathan F. Karmo</u>
Attorney for Defendant
450 W. Fourth Street
Royal Oak, MI 48067
Telephone:  248-645-1483
Facsimile:  248-645-1568
Bar No.:     P76768

4932-6065-1345, v. 1