# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

    Plaintiff,

v.

MCM PRODUCTS USA INC.,

    Defendant.

Case No. 2:25-cv-11699-DPH-CI
District Judge Denise Page Hood
Mag. Judge Curtis Ivy, Jr.

---

## STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

This Stipulation having come before the Court upon the parties' agreement that Defendant, MCM Products USA Inc., shall have an extension to and including July 31, 2025 to respond to the Complaint;

IT IS HEREBY ORDERED that Defendant shall have an extension to respond to the Complaint to and including July 31, 2025.

Dated: July 1, 2025

s/Denise Page Hood
DENISE PAGE HOOD
U.S. DISTRICT JUDGE

SO STIPULATED:

| PARONICH LAW, P.C. | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: /s/Anthony Paronich** <br>     Anthony Paronich <br> Attorney for Plaintiff <br> 350 Lincoln Street, Ste. 2400 <br> Hingham, MA 02043 <br> Phone: (617) 485-0018 <br> Fax: (508) 318-8100 <br> Email: anthony@paronichlaw.com | By: /s/Jonathan F. Karmo <br>     Jonathan F. Karmo (P76768) <br> Attorneys for Defendant <br> 450 West Fourth Street <br> Royal Oak, Michigan 48067-2557 <br> Phone: (248) 645-1483 <br> Fax: (248) 645-1568 <br> Email: jfk@h2law.com |

**w/consent 6/26/25

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of June 2025, the foregoing paper was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/Jonathan F. Karmo
Attorney for Defendant
450 W. Fourth Street
Royal Oak, MI 48067
Telephone: 248-645-1483
Facsimile: 248-645-1568
Bar No.: P76768

4913-3120-6225, v. 1