UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI,
on behalf of herself and
~~others similarly situated~~,

    Plaintiff(s),

v.

MCM Products USA, Inc.,

    Defendant(s).
_____/

Case No. 2:25-cv-11699-DPH-CI

HONORABLE Denise Page Hood

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:

MCM Products USA, Inc. _____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: _____ makes the following disclosure:[1]

**PART I – CITIZENSHIP**

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐   This party is a corporation incorporated in the State of
_____ and with a principal place of business in the
State of _____ .

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.

☒ This party has one or more parent entities.

If so, identify all parent entities.

MCM Global AG_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☒ This party has one or more subsidiaries.
   If so, identify all subsidiaries.
   MCM Products Canada Inc.

☐ This party has one or more affiliates.
   If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
   If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
   If so, identify each such entity's financial interest in the litigation.
   Trias Holding AG - Trias Holding AG is the 100% owner of MCM Global AG

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: _____
Printed Name: Jonathan F. Karmo
Bar Number: P76768
Firm Name: HOWARD & HOWARD ATTORNEYS PLLC
Address: 450 West Fourth Street
City, State, Zip Code: Royal Oak, Michigan 48067-2557
Phone/Fax: (248) 645-1483
Email Address: jfk@h2law.com

Date: 7/7/2025