UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated, | Case No. 2:25-cv-11699-DPH-CI |
| Plaintiff, | Hon. Denise Page Hood |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| MCM PRODUCTS USA INC. | |
| Defendant. | |

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

                                                                Respectfully Submitted,

                                                                BLACKMORE LAW PLC

                                                                /s/ George T. Blackmore
                                                                By: George T. Blackmore (P76942)
                                                               1100 Owendale Drive
                                                               Suite M
                                                                Troy, MI 48083
                                                               Phone: (888) 835-2993
                                                               george@blackmore.law
                                                               *Local Counsel for Plaintiff and the proposed class*

Dated: July 14, 2025

1

## CERTIFICATE OF SERVICE

I certify that on July 14, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore