**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| VICTORIA SOBOLESKI, | ) | |
| *on behalf of herself and* | ) | Civil Action No.: 25-cv-11699 |
| *others similarly situated*, | ) | |
| | ) | Class Action Complaint |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| MCM PRODUCTS USA INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO MOTION TO DISMISS**

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Michigan, Plaintiff Victoria Soboleski respectfully moves for a 30-day extension of time to respond to Defendant's Motion to Dismiss. Plaintiff's current deadline to respond is August 21, 2025. With this extension, the new deadline would be September 22, 2025.

Plaintiff has conferred with counsel for Defendant, who does not oppose the relief requested in this motion.

Good cause exists for this extension. The additional time will allow Plaintiff's counsel to fully evaluate and respond to the arguments raised in the motion. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline for filing a response to Defendant's Motion to Dismiss to September 22, 2025.

Dated: August 5, 2025        PLAINTIFF, on behalf of herself
and others similarly situated,


*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com