UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI,<br>*on behalf of herself and others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MCM PRODUCTS USA INC.,<br><br>　　　　　　Defendant. | Civil Action No.: 25-cv-11699<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

**UNOPPOSED SECOND MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS**

　　Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Michigan, Plaintiff Victoria Soboleski respectfully moves for a second 21-day extension of time to respond to Defendant's Motion to Dismiss. Plaintiff's current deadline to respond is September 22, 2025. With this extension, the new deadline would be October 13, 2025.

　　Plaintiff has conferred with counsel for Defendant, who does not oppose the relief requested in this motion.

　　Good cause exists for this extension. The additional time will allow Plaintiff's counsel to fully evaluate and respond to the arguments raised in the motion in light of recent case law developments since the last extension which are likely to impact the briefing in this matter. This motion is made in good faith and not for the purpose of delay.

　　WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline for filing a response to Defendant's Motion to Dismiss to October 13, 2025.

Dated: September 18, 2025

PLAINTIFF, on behalf of herself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2