# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated*, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>MCM PRODUCTS USA INC., <br><br>　　　　　Defendant. | Civil Action No.: 25-cv-11699 <br><br> Class Action Complaint <br><br> Jury Trial Demanded |

## ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The Court GRANTS the unopposed motion and the time for the Plaintiff to respond to Defendant's Motion to Dismiss is now October 13, 2025.

Dated: September 25, 2025　　　　　　　　　s/Denise Page Hood
　　　　　　　　　　　　　　　　　　　　　U. S, District Judge