## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

     Plaintiff,

v.

MCM PRODUCTS USA INC.,

     Defendant.

Case No. 2:25-cv-11699-DPH-CI
District Judge Denise Page Hood
Mag. Judge Curtis Ivy, Jr.

---

### APPEARANCE

Please enter the Appearance of MANATT, PHELPS & PHILLIPS, LLP, by

MADELAINE A. NEWCOMB, on behalf of Defendant, MCM PRODUCTS USA

INC., in the above-captioned cause of action.

Dated: October 27, 2025     Respectfully submitted,


By: /s/ Madelaine A. Newcomb
**MANATT, PHELPS & PHILLIPS, LLP**
Madelaine A. Newcomb (IL Bar No. 6322725)*
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6300
Email: mnewcomb@manatt.com


***Attorneys for Defendant MCM Products USA,
Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 27, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Madelaine A. Newcomb*

2