# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,

    Plaintiff,

v.

MCM PRODUCTS USA INC.,

    Defendant.

Case No. 2:25-cv-11699-DPH-CI
District Judge Denise Page Hood
Mag. Judge Curtis Ivy, Jr.

---

## DEFENDANT'S EX PARTE APPLICATION TO FILE EXCESS PAGES IN REPLY IN SUPPORT OF MOTION TO DISMISS AND/OR STRIKE CERTAIN ALLEGATIONS FROM PLAINTIFF'S COMPLAINT

Defendant MCM Products USA, Inc. ("MCM") applies and requests this Court grant its application to exceed the page limit in its Reply in Support of its Motion to Dismiss and/or Strike Certain Allegations From Plaintiff's Complaint ("Motion") pursuant to Local Rule 7.1(d)(3) and states the following:

1. MCM files this application because it requires additional pages beyond the limit to fully address the arguments presented in Plaintiff's Opposition to MCM's Motion due to the complex and substantial legal and factual issues involved in this matter.

2. MCM has made a good faith effort to limit the length of its reply brief, but despite these efforts, additional pages are necessary to adequately address the important issues that will aid the Court in its determination of the matter.

40802190.1

3.      A party seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons. *Grech v. Ford Motor Co.*, 2009 WL 10680121, at *1 (E.D. Mich. Mar. 13, 2009). The approval of an *ex parte* motion to exceed page limits is within the discretion of the Court. *Wright v. Murray Guard, Inc.* 455 F.3d 702, 714 (6th Cir., 2006).

WHEREFORE Defendant MCM Products USA, Inc. respectfully requests that the Court grant leave to file its Reply in Support of its Motion to Dismiss and/or Strike Certain Allegations from Plaintiff's Complaint with a page limit of ten (10) pages, which exceeds the standard limitation of Local Rule 7.1(d)(3).

Dated: October 27, 2025                     Respectfully submitted,

By: /s/ Madelaine A. Newcomb
**MANATT, PHELPS & PHILLIPS, LLP**
Madelaine A. Newcomb (IL Bar No. 6322725)*
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6300
Email: mnewcomb@manatt.com

Jonathan F. Karmo
**Howard & Howard PLLC**
450 W 4th St
Royal Oak, MI 48067
Telephone: (248) 723-0325
Email: jfk@h2law.com

*Attorneys for Defendant MCM Products USA, Inc.*

*Admitted to E.D. Mich. Bar

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 27, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Madelaine A. Newcomb*
