UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VICTORIA SOBOLESKI, on behalf of
herself and others similarly situated,

    Plaintiff,

v.

MCM PRODUCTS USA INC.,

    Defendant.

Case No. 2:25-cv-11699-DPH-CI
District Judge Denise Page Hood
Mag. Judge Curtis Ivy, Jr.

**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES**

This matter coming to be heard on "Defendant's Ex Parte Motion for Leave to File Excess Pages in Reply in Support of Motion to Dismiss and/or Strike Certain Allegations from Plaintiff's Complaint" (the "Motion") filed on October 27, 2025 in the above-captioned matter, due notice having been given, the Court being fully apprised in the premises, and for good cause shown,

IT IS HEREBY ORDERED THAT: (1) the Motion is <u>GRANTED</u> for all the reasons stated therein; and (2) Defendant may file its Reply in Support of its Motion to Dismiss and/or Strike Certain Allegations from Plaintiff's Complaint with a page limit of ten (10) pages.

Dated:  October 27, 2025

s/Denise Page Hood
United States District Judge