UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VICTORIA SOBOLESKI,**

    Plaintiff,

                              Case No. 25-11699

v.

                              HON. DENISE PAGE HOOD

**MCM PRODUCTS USA INC.,**

    Defendant.

_____/

## ORDER GRANTING REQUEST TO STAY ACTION, MOOTING MOTION TO DISMISS AND CANCELING HEARING DATE

On December 23, 2025, the parties submitted a Notice of Resolution and Joint Request to Stay informing the Court that the parties have reached a tentative resolution. (ECF No. 21)  Accordingly,

IT IS ORDERED that Motion to Dismiss and/or Strike Certain Allegations from Plaintiff's Complaint **(ECF No. 8)** is now rendered **MOOT**.  The hearing set for January 7, 2026 on the motion is **CANCELED**.

IT IS FURTHER ORDERED that the Request to Stay **(ECF No. 21)** is **GRANTED** and that this matter is STAYED for sixty (60) days.

IT IS FURTHER ORDERED that if no dismissal order is submitted by the end of the sixty (60) days, the parties must notify the case manager, and a scheduling

conference date will issue.

                                                  s/Denise Page Hood
                                                  DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE

DATED:  December 23, 2025