# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> MCM PRODUCTS USA INC., <br><br> Defendant. | Civil Action No.: 25-cv-11699 *others* <br><br> Class Action Complaint <br><br> Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

DATED this 6th day of March, 2026

Respectfully submitted,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

**CERTIFICATE OF SERVICE**

  I, hereby certify that on March 6, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.


              */s/ Anthony I. Paronich*

              Anthony I. Paronich