# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**Victoria Soboleski,**

       **Plaintiff,**

**v.**

**MCM Products USA Inc.,**

       **Defendant.**

_____/

       **Case No. 25-11699**

       **Honorable Denise Page Hood**

## ORDER DISMISSING ACTION

On March 6, 2026,  Plaintiff filed a Notice of Voluntary Dismissal.

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Rules of Civil Procedure.


                    s/Denise Page Hood
                    DENISE PAGE HOOD
                    United States District Judge

DATED:  March 10, 2026